UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
HYACINTH  LACEY,                                              JUDGMENT
                                                                                                     13-CV- 4098 (RML)
                              Plaintiff,

     -against-

TARGET CORPORATION and
TARGET STORES,

                              Defendants.
-------------------------------------------------------X

        A Memorandum and Order of Honorable Robert M. Levy, United States District Judge, having been filed on May 13, 2015, granting Target Corporation's motion for summary judgment; denying Plaintiff's motion for sanctions; and closing the case; it is

        ORDERED and ADJUDGED that Target Corporation's motion for summary judgment is granted; that Plaintiff's motion for sanctions is denied; and that the case is closed.

Dated: Brooklyn, New York                                        Douglas C. Palmer
       May 13, 2015                                                      Clerk of Court

                                                                              by:     */s/ Janet Hamilton*
                                                                                      Deputy Clerk